JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUFAN ZHENG,<br><br>    Plaintiff,<br><br>    v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE,<br><br>    Defendant. | No. 8:23-cv-00694-DOC-ADS<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [11]**<br><br>Hon. David O. Carter<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

    IT IS HEREBY ORDERED that the instant action shall be STAYED until July 1, 2024.

Dated: July 5, 2023

                                    *David O. Carter*
                                  HONORABLE DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE